NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gutberto Martinez,<br><br>          Petitioner,<br><br>vs.<br><br>Alberto R. Gonzales, et al.<br><br>          Respondents. | No. CV07-1827-PHX-SRB<br><br>**ORDER** |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on September 24, 2007, claiming that the length of his current detention violates his Fifth Amendment rights to due process. On December 12, 2007, Respondent filed his response in opposition to the Petition. No reply was filed even though Petitioner sought and was granted a two week extension of time to reply. On June 27, 2008, the Magistrate Judge issued his Report and Recommendation recommending that the petition be denied.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court.   The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1  IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2  as the order of this Court.
3  IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is denied
4  and dismissed with prejudice.
5  IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.
6
7  DATED this 16th day of July, 2008.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge